## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: **Rhonda Yvette Garrett,**
      **aka Rhonda Garrett,**
      **aka Rhonda Williams,**
      **aka Rhonda Yvette Williams,**
      **aka Rhonda Y. Garrett,**
      **aka Rhonda Y. Williams**

               **Debtor(s)**

**BK NO. 17-02303 HWV**

**Chapter 13**


## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of Fay Servicing as Servicer for U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II and index same on the master mailing list.


                        Respectfully submitted,



                        **/s/ James C. Warmbrodt, Esquire**
                        James C. Warmbrodt, Esquire
                        KML Law Group, P.C.
                        BNY Mellon Independence Center
                        701 Market Street, Suite 5000
                        Philadelphia, PA  19106
                        412-430-3594