```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 17-02303-HWV
Rhonda Yvette Garrett                                           Chapter 13
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: MMchugh            Page 1 of 1            Date Rcvd: Aug 09, 2018
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 11, 2018.
            +Curtis A. Allee,    1834 Regina Street,    Harrisburg, PA 17103-2544

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 11, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 9, 2018 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for
               CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor 1 Rhonda Yvette Garrett jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Kevin   Buttery    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for CVF
               III Mortgage Loan Trust II kbuttery@rascrane.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Rhonda Yvette Garrett<br>aka Rhonda Garrett<br>aka Rhonda Williams<br>aka Rhonda Yvette Williams<br>aka Rhonda Y. Garrett<br>aka Rhonda Y. Williams<br><br>**Debtor 1** | Chapter: 13<br><br>Case No.: 1:17-bk-02303-HWV |
| U.S. Bank Trust National Association, as trustee for CVF III Mortgage Loan Trust II<br>vs.              **Movant(s)** | Document No.: 42 |
| Rhonda Yvette Garrett<br>aka Rhonda Garrett,<br>aka Rhonda Williams,<br>aka Rhonda Yvette Williams,<br>aka Rhonda Y. Garrett,<br>aka Rhonda Y. Williams<br>Curtis A. Allee<br>Charles J. DeHart, III Esq.<br>**Respondent(s)** | Nature of Proceeding: Motion for Relief from Stay |

## ORDER APPROVING WITHDRAWAL

IT APPEARING that notice of this withdrawal has been given and no answer or objection having been filed regarding this matter, **IT IS HEREBY**

**ORDERED** that the Withdrawal filed August 8, 2018 regarding Motion for Relief from Stay is APPROVED.

Dated: August 09, 2018

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (KB)

Ord Approving Withdrawal - Revised 04/18