```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:                                                                    Case No. 17-02303-HWV
Rhonda Yvette Garrett                                                     Chapter 13
    Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: LyndseyPr           Page 1 of 2              Date Rcvd: Nov 01, 2019
                            Form ID: pdf010           Total Noticed: 43

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 03, 2019.
```
db              #Rhonda Yvette Garrett,    1834 Regina St,    Harrisburg, PA 17103-2544
cr               Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
4928961         +76 Credit Card,    PO Box 6402,    Sioux Falls, SD 57117-6402
4928962          American Education Services,    Harrisburg, PA 17130-0001
4928967          CFNA/Monro,    PO Box 81315,    Cleveland, OH 44181-0315
4928964          Capital Region Water,    100 Pine Dr,    Harrisburg, PA 17103-1260
4928965         +Capital Region Water,    10 N 2nd Street, Ste 305,    Billings And Collections Unit,
                  Harrisburg, PA 17101-1677
4928968          Chase,    PO Box 15298,    Wilmington, DE 19850-5298
4928969          Citimortgage,    PO Box 183040,    Columbus, OH 43218-3040
4928970          City Of Harrisburg,    10 North Second Street,    Harrisburg, PA 17101-1679
4928971          Commonwealth of PA-Labor and Industry,    PO Box 67503,    Bureau UC Benefits And Allowances,
                  Harrisburg, PA 17106-7503
5087773         +Department of Environmental Protection,    Vera N. Kanova,    Central Office of Chief Counsel,
                  400 Market Street,    Harrisburg, PA 17101-2301
4928973          Direct Loan Servicing,    PO Box 5202 US Department Of Education,    Greenville, TX 75403-5202
4980547         +ECMC,    PO BOX 16408,    St. Paul, MN 55116-0408
4928974         +Exxon Mobile,    PO Box 6404,    Sious Falls, SD 57117-6404
4928959          Garrett Rhonda Yvette,    1834 Regina St,    Harrisburg, PA 17103-2544
4928960          James P Sheppard Esquire,    2201 N 2nd St,    Harrisburg, PA 17110-1007
4928979          Littman & Barclay Plan,    PO Box 6403,    Sioux Falls, SD 57117-6403
4928980         +Mariner Finance,    3872 Union Deposit Road,    Harrisburg, PA 17109-5919
4928984         +PNC Bank,    2 North Second Street,    Harrisburg, PA 17101-1645
4928982          Payday Max Ltd,    207-1425 Marine Drive, West Vancouver,    British Columbia Canada,    V7T1B9
4936939         +STERLING JEWELERS INC D/B/A KAY JEWELERS,    c/o Weltman, Weinberg & Reis Co., LPA,
                  436 Seventh Avenue, Ste 2500,    Pittsburgh, PA 15219-1842
4928986         +The McShane Firm LLC,    4807 Jonestown Road Suite 148,    Harrisburg, PA 17109-1744
4984256          U.S. Bank National Association,    Fay Servicing, LLC,    PO Box 814609,    Dallas, TX 75381-4609
4977835          U.S. Department of Education,    C/O FedLoan Servicing,    P.O. Box 69184,
                  Harrisburg, PA 17106-9184
4928987         +Verizon Service Corporation,    PO Box 4000 C/O Allied Interstate,    Warrenton, VA 20188-4000
4932227         +Wilmington Savings Fund Society,    Robertson, Anschutz & Schneid, P.L.,
                  6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4928963          E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 01 2019 19:19:50      Capital One,
                  PO Box 30285,    Salt Lake City, UT 84130-0285
4928972          E-mail/PDF: creditonebknotifications@resurgent.com Nov 01 2019 19:20:00      Creditone Bank,
                  PO Box 98873,    Las Vegas, NV 89193-8873
4928975         +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2019 19:19:59      GE Capital Retail Bank/Paypal,
                  PO Box 103104,    Attention Bankruptcy Departrment,    Roswell, GA 30076-9104
4928976         +E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2019 19:20:00      GE Capital Retail Bank/Walmart,
                  PO Box 103104 Bankruptcy Department,    Rosell, GA 30076-9104
4928977          E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2019 19:20:00      GECRB JCPenney,    PO Box 965009,
                  Orlando, FL 32896-5009
4928978         +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 01 2019 19:12:50      Kay Jewelers,
                  PO Bo 1799 C/O Sterling Jewelers Inc,    Akron, OH 44309-1799
4967806          E-mail/PDF: resurgentbknotifications@resurgent.com Nov 01 2019 19:19:51
                  LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                  Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4979878         +E-mail/Text: bankruptcydpt@mcmcg.com Nov 01 2019 19:12:54      Midland Funding, LLC,
                  Midland Credit Management, Inc. as,    agent for Midland Funding, LLC,    PO Box 2011,
                  WARREN, MI 48090-2011
4928981         +E-mail/Text: egssupportservices@alorica.com Nov 01 2019 19:13:01      NCO Financial Systems Inc.,
                  PO Box 17218 Dept 64,    Wilmington, DE 19850-7218
4979168          E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2019 19:20:00
                  Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
4929499         +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 01 2019 19:20:09
                  PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
4928983         +E-mail/Text: bankruptcypgl@plaingreenloans.com Nov 01 2019 19:13:04
                  Plain Green Loans Customer Support,    PO Box 270 93 Mack Road Ste 600,
                  Box Elder, MT 59521-0270
4982725         +E-mail/Text: philadelphia.bnc@ssa.gov Nov 01 2019 19:13:02      Social Security Administration,
                  Office of the General Counsel,    300 Spring Garden St., 6th Fl.,    Philadelphia, PA 19123-2924
4928985         +E-mail/Text: philadelphia.bnc@ssa.gov Nov 01 2019 19:13:02      Social Security Administration,
                  555 Walnut Street, Suite 180,    Harrisburg, PA 17101-1920
4950874          E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 01 2019 19:20:02      Verizon,
                  by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK 73124-8838
4928988          E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Nov 01 2019 19:12:50      WFNNB Victoria Secrets,
                  PO Box 182125 Bankruptcy Department,    Columbus, OH 43218-2125
                                                                                              TOTAL: 16
```

```
               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5001240           Airgas USA, Inc.,   Creditor entered in error.
cr*              +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
cr*              +Wilmington Savings Fund Society,    Robertson, Anschutz & Schneid, P.L.,
                   6409 Congress Avenue, Suite 100,    Boca Raton, FL 33487-2853
4928966          ##Capitol Tax Collection Bureau,   2301 North 3rd Street,    Harrisburg, PA  17110-1893
                                                                              TOTALS: 1, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 03, 2019                                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 1, 2019 at the address(es) listed below:
              Ashlee Crane Fogle    on behalf of Creditor    U.S. Bank Trust National Association
               afogle@rascrane.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James  Warmbrodt    on behalf of Creditor     U.S. Bank Trust National Association, as trustee for
               CVF III Mortgage Loan Trust II bkgroup@kmllawgroup.com
              James P Sheppard    on behalf of Debtor 1 Rhonda Yvette Garrett jamespsheppard@comcast.net,
               dabsheppardlaw@comcast.net;G22576@notify.cincompass.com
              Kevin  Buttery    on behalf of Creditor    U.S. Bank Trust National Association, as trustee for CVF
               III Mortgage Loan Trust II kbuttery@rascrane.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                        TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| Rhonda Yvette Garrett<br>aka Rhonda Garrett<br>aka Rhonda Williams<br>aka Rhonda Yvette Williams<br>aka Rhonda Y. Garrett<br>aka Rhonda Y. Williams<br><br>**Debtor 1** | Chapter: 13<br><br><br><br><br><br>Case No.: 1:17-bk-02303-HWV |
| Charles J DeHart, III (Trustee)<br><br>vs. **Movant(s)** | |
| Rhonda Yvette Garrett<br>aka Rhonda Garrett<br>aka Rhonda Williams<br>aka Rhonda Yvette Williams<br>aka Rhonda Y. Garrett<br>aka Rhonda Y. Williams<br>**Respondent(s)** | |

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.

Dated: November 1, 2019

By the Court,

_____
Henry W. Van Eck, Bankruptcy Judge (JH)